709 A.2d 204

IN THE MATTER OF LENNART A. CARLSON, AN ATTORNEY AT LAW.

May 27, 1998.

## ORDER

This matter having been duly presented to the Court, it is ORDERED that **LENNART A. CARLSON** of **NORTH BRUNS-WICK,** who was admitted to the bar of this State in 1989, and who was suspended from the practice of law for a period of three months by Order of this Court dated October 15, 1997, be restored to the practice of law, effective immediately.